**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00151-CV

### G. C. BUILDINGS, INC., Appellant

### V.

### RGS CONTRACTORS, INC., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-04559-J**

## ORDER

Appellant filed its brief on July 10, 2013. Appellant points out that, although timely requested, the trial court never made findings of fact and conclusions of law. Appellant also points out that a portion of the reporter's record has been lost or destroyed. Appellee filed its brief on September 9, 2013. In its brief, appellee requests that the appeal be abated to allow the trial court to make its findings of fact and conclusions of law. Appellant has agreed to appellee's request.

With respect to the reporter's record, we **ORDER** the Honorable Gena Slaughter, Judge of the 191st Judicial District Court of Dallas County, Texas, to conduct a hearing, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, and determine whether: (1) without appellant's fault, a significant portion of the reporter's notes and records has been lost or

destroyed; (2) the lost or destroyed portion of the reporter's record is necessary to the appeal's resolution; and (3) the lost or destroyed portion of the reporter's record cannot be replaced by agreement of the parties. Judge Slaughter shall file her findings of fact and conclusions of law from this hearing in a supplemental clerk's record with this Court **WITHIN FORTY-FIVE DAYS OF THE DATE OF THIS ORDER**.

With respect to appellant's timely request for findings of fact and conclusions of law, we **ORDER** Judge Slaughter to make her findings of fact and conclusions of law **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court **WITHIN FORTY-FIVE DAYS OF THE DATE OF THIS ORDER**.

Appellant shall file its brief on the merits thirty days after the record in this Court is complete.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Slaughter and all counsel of record.

This appeal is **ABATED** to allow the trial court to comply with this order. The appeal will be reinstated forty-five days from the date of this order or when the Court receives the findings of fact and conclusions of law pertaining to the hearing and appellant's request, whichever occurs sooner.

/s/  DAVID LEWIS
    JUSTICE